TOLEDO BAR ASSOCIATION *v.* VIREN.

[Cite as *Toledo Bar Assn. v. Viren* (1999), 86 Ohio St.3d 1204.]

(No. DD 86–14—Submitted June 9, 1999—Decided June 29, 1999.)

1206

For earlier case, see *Toledo Bar Assn. v. Viren* (1986), 25 Ohio St.3d 200, 25 OBR 264, 496 N.E.2d 243.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.